AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
Jose Luis Tavares-Acosta
(D.O.B. 05/22/1981)

*Defendant*

Case No. 26-MJ-1905

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jose Luis Tavares-Acosta (D.O.B. 05/22/1981), who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute 400 grams or more, that is, approximately 889.3 gross grams, of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, on or about September 30, 2026.

Date: 10/02/2026

/s/ Elizabeth L. Toplin
*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Honorable Elizabeth L. Toplin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/02/26, and the person was arrested on *(date)* 10/05/26 at *(city and state)* PHILADELPHIA, PA.

Date: 10/05/26

[signature]
*Arresting officer's signature*

SA ROBERT LEWIS
*Printed name and title*